UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HEFFELFINGER, ANDREW HINDS AND RODNEY DWYRE, on behalf of themselves, the general public and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. CV 07-00101 MMM (Ex)<br><br>JUDGMENT FOR DEFENDANT |

On June 2, 2008, the court held a hearing on a motion for summary judgment filed by defendant Electronic Data Systems (EDS). Having reviewed the briefs submitted by the parties and heard oral argument, the court granted defendant's motion for summary judgment on June 6, 2008. Accordingly,

IT IS ORDERED AND ADJUDGED

    1. That plaintiffs David Heffelfinger, Andrew Hinds, and Rodney Dwyre take nothing by way of their complaint against defendant EDS; and

    2. That the action be, and it hereby is, dismissed.

DATED: July 23, 2008

                   /s/ Margaret M. Morrow
                   MARGARET M. MORROW
                   UNITED STATES DISTRICT JUDGE